UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-03544 JWH (ADS) Date: August 12, 2026

Title: *Balmore E Aquino v. DHS OPLA*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On June 25, 2026, Petitioner Balmore E Aquino filed a Petition for Habeas Corpus Relief (Dkt. No. 1.) The Petition primarily seeks a writ of habeas corpus requiring Respondents to immediately release him from immigration detention. (Dkt. No. 1 at 7.)

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought). Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous. In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005). The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted." Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Respondents filed a status report alleging that Petitioner has been removed from the United States and that the Petition is consequently moot (Dkt. No. 19.) The Court orders Petitioner to show cause in writing why the Petition should not be dismissed as moot by no later than August 26, 2026. Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-03544 JWH (ADS) Date: August 12, 2026

Title: *Balmore E Aquino v. DHS OPLA*

basis for each claim. Respondents must substantively respond to the claims Petitioner contends remain by no later than September 1, 2026. Petitioner may file a reply by no later than September 8, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh