JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALMORE E. AQUINO,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-03544-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Dismissing Petition as Moot" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED without prejudice as moot**.

**IT IS SO ORDERED.**

Dated: November 18, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE